UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 16973
  MANUEL ORTUNO
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-2180
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/21/06 and confirmed on 04/06/07.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $ 1750.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 21237.41 | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 2000.00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 17462.00 | 116.32 | 1271.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8355.84 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1715.79 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14318.96 | .00 | .00 |
| CHASE BANK | UNSECURED | 842.97 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6992.88 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8458.24 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2208.35 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 1915.74 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 778.17 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 120.42 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 14907.30 | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 40699.41 | 778.17 | 59836.49 | .00 | 101314.07 |
| PRINCIPAL PAID | 1271.68 | .00 | .00 | .00 | 1271.68 |
| INTEREST PAID | 116.32 | .00 | .00 | .00 | 116.32 |
| TOTAL PAID | 1388.00 | .00 | .00 | .00 | 1388.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2500.00 and was paid $    866.00  direct and $    290.20  through the plan.

The Trustee received $     71.80 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE